UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY ABRAHAM, ) | Case No. 8:05CV533 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PROGRESSIVE INSURANCE, ) | |
| ) | |
| Defendant. ) | |

Upon the Suggestion of Bankruptcy (filing 13) filed by Gary Abraham,

IT IS ORDERED that

1. this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. the Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated April 25, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge